UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

NOEL NUNN,

Plaintiff,

v.

HIGH DESERT STATE PRISON,

Defendant.

Case No. 2:26-cv-01987-MMD-EJY

**ORDER**

On June 30, 2026, Plaintiff initiated this case with a Motion for Contempt. ECF No. 1-1. Plaintiff has not filed a complaint. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that on or before **August 20, 2026**, Plaintiff must submit a complaint to this Court.

IT IS FURTHER ORDERED that failure to file a complaint on or before **August 20, 2026**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to file a complaint.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

Dated this 20th day of July, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE